U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT - 4 2005

ROBERT H. SHEMWELL, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RICHARD PEARCY, ET AL. | CIVIL ACTION NO. 02-2257 |
| versus | JUDGE S. MAURICE HICKS, JR. |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Government's Motion to Dismiss (Doc. 17) is **GRANTED**. Plaintiffs' wrongful death claims are **DISMISSED** for lack of subject matter jurisdiction. Plaintiffs' survival action shall remain in this lawsuit.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 3rd day of October, ~~September~~, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE